**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Clarissa Sweet

    Plaintiff,

vs.                                          CIVIL ACTION NO. 4:11−cv−00400
                                                           Judge Kenneth M. Hoyt

HP Capital, Inc.

    Defendant.

<u>ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT</u>

    The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

    The Clerk will enter this Order and notify all parties.

    SIGNED and ENTERED The 12th of August, 2011.

_____
Kenneth M. Hoyt
United States District Judge